IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
ANTHONY SIDES,                         )
                                       )
          Plaintiff,                   )
                                       )
     v.                                )
                                       )
BOBBY KIMBROUGH individually           )
and in his official capacity           )
as Sheriff of Forsyth County,          )     1:23-cv-502
JOHN DOE CORPORATION as                )
surety of the Sheriff's Bond,          )
COUNTY OF FORSYTH, and Deputy          )
Sheriffs, individually and in          )
their official capacities as           )
deputies,                              )
DAN RICARDO DIDOMIZIO, JR.,            )
SEAN EDWARDS MUKRDECHIAN,              )
KELA MARIE SPAIN,                      )
JOEL GREGORY SURRATT,                  )
DAMIAN DANIEL MCPHERSON,               )
KIAM DEQUAN HOLLEY, and                )
PATRICK MICHAEL MORRISSEY,             )
                                       )
          Defendants.                  )
```

## **ORDER**

On January 9, 2024 the United States Magistrate Judge's Memorandum Opinion, Order, and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636(b). (Docs. 21, 22.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 21), is **ADOPTED. IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss, (Doc. 8), is **GRANTED,** and Plaintiff's Complaint is hereby **DISMISSED** under Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

A Judgment dismissing this action will be filed contemporaneously herewith.

This the 2nd day of February, 2024.

/s/ William L. Osteen, Jr.
United States District Judge